UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

MARVIN D. SPARKMAN,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1]

    Defendant.

CIVIL ACTION NO. 7:20-155-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\*

The Court, having affirmed the decision of the Commissioner, hereby **ORDERS** and **ADJUDGES** as follows:

(1) The plaintiff's motion for summary judgment (DE 16) is **DENIED**;

(2) The defendant's motion for summary judgment (DE 20) is **GRANTED**;

(3) The decision of the Commissioner is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g) as it was supported by substantial evidence and was decided by proper legal standards; and

(4) This judgment is **FINAL** and **APPEALABLE**.

This 10th day of June, 2022.

*[signature]*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action needs be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).